No. 24-5682

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CORI HORTIN and VALERIE MORRISON,

Plaintiffs-Appellees,

v.

KRAFT HEINZ FOODS COMPANY, LLC,

Defendant-Appellant.

On Appeal from September 6, 2024 Order Granting Motion to Remand
United States District Court, Southern District of California
The Honorable Todd W. Robinson
Case No. 3:24-cv-909-TWR-SBC

## STIPULATION OF DISMISSAL

| | |
|---|---|
| Trevor M. Flynn | Dean N. Panos |
| FITZGERALD MONROE FLYNN PC | JENNER & BLOCK LLP |
| 2341 Jefferson St., Ste. 200 | 353 N. Clark St. |
| San Diego, CA 92110 | Chicago, IL 60654 |
| T: 619-692-92110 | Tel.: 312-222-9350 |
| E: tflynn@fmfpc.com | E: dpanos@jenner.com |
| | |
| *Attorneys for Plaintiffs-Appellees* | *Attorneys for Defendant-Appellant* |
| *Cori Hortin and Valerie Morrison* | *Kraft Heinz Foods Company, LLC* |

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Plaintiffs-Appellees Cori Hortin and Valerie Morrison and Defendant-Appellant Kraft Heinz Foods Company, LLC hereby stipulate to the dismissal of this appeal, with all parties to bear their own fees and costs.

Dated: February 19, 2025        Respectfully submitted,

/s/ Trevor M. Flynn
(with permission)
    Trevor M. Flynn
    FITZGERALD MONROE FLYNN PC
    2341 Jefferson St., Ste. 200
    San Diego, CA 92110
    T: 619-692-3840
    E: tflynn@fmfpc.com

*Attorneys for Plaintiffs-Appellees*
*Cori Hortin and Valerie Morrison*

/s/ Dean N. Panos
    Dean N. Panos
    JENNER & BLOCK LLP
    353 N. Clark St.
    Chicago, IL 60654
    T: 312-222-9350
    E: dpanos@jenner.com

*Attorneys for Defendant-Appellant*
*Kraft Heinz Foods Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing motion to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on February 19, 2025, that all participants in the case are registered CM/ECF filers, and that service will be effected using the appellate CM/ECF system.

Dated: February 19, 2025          /s/ Dean N. Panos
                                  Dean N. Panos